# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:   CHARLENE JUDKINS                                                                  Chapter 13
Case No.: 10-51187-FJS

Debtor

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)                                         (Amount of dividend)

CASH 2 U                                                                                    $28.91
MERRIMAC TRAIL
WILLIAMSBURG, VA 23185


Date: July 14, 2011                                      /s/ Michael P. Cotter

                                                         Michael P. Cotter
                                                         Chapter 13 Standing Trustee
                                                         870 Greenbrier Circle, Suite 402
                                                         Chesapeake, VA  23320
                                                         (757) 961-3000